**Addones SPENCER, Plaintiff–Appellant**

v.

**S. PHILLIPS, RN, Federal Correctional Complex–Forrest City; William Resto, Doctor, Federal Correctional Complex–Forrest City; T. Hall, Teacher, FCI–Forrest City; S. Lopez, Unit Counselor, FCI–Forrest City, Defendants–Appellees.**

No. 13–1904.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 31, 2013.

Filed: Nov. 5, 2013.

Addones Spencer, Beaumont, TX, pro se.

Jamie Goss Dempsey, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendants–Appellees.

Before LOKEN, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate Addones Spencer appeals following the district court's[1] dismissal of his action under *Bivens v. Six*

---

**1.** The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

*Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Upon de novo review, *see King v. Iowa Dep't of Corr.,* 598 F.3d 1051, 1052 (8th Cir.2010), we conclude that the district court properly denied preliminary injunctive relief and, based on the record before the court, correctly dismissed the complaint without prejudice for lack of administrative exhaustion.[2] The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

2. In his appellate submissions, Spencer raises several new matters. We decline to address them. *See Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir.2004).

